JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

DALLAS BLAKE JOHNSON,

       Petitioner,

   v.

WARDEN, USP VICTORVILLE,

       Respondent.

No. 5:25-cv-03064-AH-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: MARCH 12, 2026

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE